UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:13-CR-222 |
| ) | |
| v. ) | |
| ) | (Judge Brann) |
| PAUL CHRISTIAN CHOMIAK, et al., ) | |
| Defendants. ) | (Electronically filed) |

## SUBSTITUTION OF COUNSEL

Please substitute my appearance for that of Assistant United States Attorney James T. Clancy as counsel of record for the United States of America in the above-captioned case.

        Respectfully submitted,

        PETER J. SMITH
        United States Attorney

        /s/ Dennis C. Pfannenschmidt
        DENNIS C. PFANNENSCHMIDT
        First Assistant U.S. Attorney
        P.O. Box 11754
        Harrisburg, Pennsylvania 17108
        Attorney I.D. P.A. 28717
        (717) 221-4482
Dated: June 21, 2016        dennis.pfannenschmidt@usdoj.gov

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.7, I hereby certify that I caused the foregoing document to be served on all counsel of record though Electronic Case Filing.

/s/ Dennis C. Pfannenschmidt
DENNIS C. PFANNENSCHMIDT
First Assistant U.S. Attorney

Dated: June 21, 2016