UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:13-CR-222 |
| | ) | |
| v. | ) | |
| | ) | (Judge Brann) |
| PAUL CHRISTIAN CHOMIAK, | ) | |
| ADAM STEIN, | ) | |
| LINDSAY LEE-LAMPSHIRE, | ) | |
| WILLIAM GOTTSHALL, and | ) | |
| CLYDE KEVIN MIDDLETON, | ) | |
| Defendants. | ) | (Electronically filed) |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United

States of America, the court finds:

Preliminary Orders of Forfeiture were entered on February 18,

2016, May 31, 2016, and September 21, 2017, ordering the defendants

to forfeit the following property:

>  a. Approximately $121,097.54 in U.S. currency seized from
>     Bank Account #0638323 in the name of Clyde Kevin
>     Middleton, dba Law Office of Clyde Middleton, at First
>     Columbia Bank & Trust Company, Bloomsburg, PA;
>
>  b. 2006 Cadillac DTS, VIN 1G6KD57Y96U185028;
>
>  c. $15,000.00 in U.S. currency, consisting of a portion of the
>     funds seized from account from bank account number
>     13533011 in the name of Adam M. Stein and Barbara
>     Stein at M-C Federal Credit Union;

d. a Smith and Wesson model SW9VE semi-automatic handgun, 9mm caliber serial number RAV1009;

e. Smith and Wesson "15" 9mm magazines and rounds;

f. 172 caliber rounds;

g. 2007 Volvo S60, VIN YV1RS592272613135;

h. approximately $30,945.37 in U.S. currency seized from bank account #805020 in the name of Paul Chomiak at Philadelphia Federal Credit Union, Philadelphia, Pennsylvania;

i. approximately $11,944.90 in U.S. currency seized from bank account #805023 in the name of Reflectionz at Philadelphia Federal Credit Union, Philadelphia, Pennsylvania;

j. approximately $702.22 in U.S. currency seized from bank account #964214712 in the name of Extelligence Internet Services LLC at JPMorgan Chase Bank, Columbus, Ohio;

k. approximately $1,319.19 in U.S. currency seized from bank account #3017978858 in the name of Extelligence Internet Services LLC at JPMorgan Chase Bank, Columbus, Ohio;

l. approximately $15,510.30 in U.S. currency seized from bank account #466286262 in the name of Anima Entertainment LLC at JPMorgan Chase Bank, Columbus, Ohio;

m. approximately $14,381.00 U.S. currency seized from various locations and on the person of Paul Chomiak at 238 Iron Street, Bloomsburg, Pennsylvania;

n.  miscellaneous collectible U.S. coin and U.S cash currency collection which includes the following:

    i.  approximately 322 James Garfield Dollar Coins;
    ii.  approximately 51 Sacajawea Dollar Coins;
    iii.  approximately 1  Rutherford B. Hayes Dollar Coin;
    iv.  approximately 1 Andrew Jackson Dollar Coin;
    v.  approximately 379 James Garfield Dollar Coins;
    vi.  approximately 59 Susan B. Anthony Dollar Coins;
    vii.  approximately 33 Sacajawea Dollar Coins;
    viii.  approximately 9 John Adams Dollar Coins;
    ix.  approximately 1 John Quincy Adams Dollar Coin;
    x.  approximately 2 James Buchanan Dollar Coins;
    xi.  approximately 3 Millard Fillmore Dollar Coins;
    xii.  approximately 5 Ulysses Grant Dollar Coins;
    xiii.  approximately 7 William Harrison Dollar Coins;
    xiv.  approximately 8 Rutherford Hayes Dollar Coins;
    xv.  approximately 3 Andrew Jackson Dollar Coins;
    xvi.  approximately 2 Thomas Jefferson Dollar Coins;
    xvii.  approximately 9  Abraham Lincoln Dollar Coins;
    xviii.  approximately 18 James Madison Dollar Coins;
    xix.  approximately 1 James Monroe Dollar Coin;
    xx.  approximately 4 Andrew Johnson Dollar Coins;
    xxi.  approximately 3 Franklin Pierce Dollar Coins;
    xxii.  approximately 6 James Polk Dollar Coins;
    xxiii.  approximately 6 Zachary Taylor Dollar Coins;
    xxiv.  approximately 6 John Tyler Dollar Coins;
    xxv.  approximately 5 George Washington Dollar Coins;
    xxvi.  approximately 2 Martin Van Buren Dollar Coins;
    xxvii.  approximately 9 Silver Quarter Coins;
    xxviii.  approximately 9 Silver Dime Coins;
    xxix.  approximately 7 Silver John F. Kennedy Half Dollar Coins;
    xxx.  approximately 3 Penny Coins;
    xxxi.  approximately 6 Nickel Coins;
    xxxii.  approximately 1 Buffalo Head Nickel Coin;
    xxxiii.  approximately 4 Silver John F. Kennedy Half Dollar Coins;

xxxiv. approximately 26 Dwight Eisenhower (Ike) Dollar Coins;

xxxv. approximately 286 John F. Kennedy Half Dollar Coins;

xxxvi. approximately 67 Sacajawea Dollar Coins;

xxxvii. approximately 15 Susan B. Anthony Dollar Coins;

xxxviii. approximately 3 John Adams Dollar Coins;

xxxix. approximately 6 James Buchanan Dollar Coins;

xl. approximately 2 Millard Fillmore Dollar Coins;

xli. approximately 3 James Garfield Dollar Coins;

xlii. approximately 8 Ulysses Grant Dollar Coins;

xliii. approximately 2 William Harrison Dollar Coins;

xliv. approximately 5 Rutherford B. Hayes Dollar Coins;

xlv. approximately 4 Andrew Jackson Dollar Coins;

xlvi. approximately 4 Thomas Jefferson Dollar Coins;

xlvii. approximately 6 Andrew Jackson Dollar Coins;

xlviii. approximately 3 Abraham Lincoln Dollar Coins;

xlix. approximately 1 James Monroe Dollar Coin;

l. approximately 5 Franklin Pierce Dollar Coins; and

li. approximately $849.00 in U.S. currency converted to a Citizens Bank check # 501186779-2.

o. miscellaneous firearms and ammunition seized from Paul Chomiak which includes the following:

i. Smith and Wesson, model 411 semi-automatic handgun, .40 caliber, Serial # VDM5402;

ii. Sturm, Ruger & Co., model GP-100 revolver, .357 Mag Caliber, Serial # 171-04032;

iii. Interarms FEG, model APK Mark II semi-automatic pistol, 380 caliber, serial # AK 02047;

iv. Winchester Repeating Arms, model 94AE rifle, 30-30 caliber, serial # 6376132;

v. Uberti, Aldo model 45 Colt rifle, 45 caliber, serial # M00344;

vi. Heckler and Koch, model HK45C pistol, 45 caliber, serial # 128-005747;

4

      vii.  Mossberg & Sons, Inc., model 500 shotgun, 12 gauge, serial # T683042; and

     viii.  miscellaneous ammunition.

p.  Real Property located at 561 East Brugler Avenue, Bloomsburg, Pennsylvania, APN: 05E-11-011-01-000, owners of record Jamie R. Karns and Deseree C. Karns, husband and wife, legally described as:

ALL THAT CERTAIN piece, parcel or lot of land situate in the Town of Bloomsburg, County of Columbia and Commonwealth of Pennsylvania, more particularly bounded and described as follows, to wit:

BEGINNING at an iron pin on the Northerly side of a sixteen (16') foot alley, South sixty-six degrees West (S 66° W) two hundred forty (240') feet from its intersection with Spruce Street and in line of lands of Lot No. sixty-seven (67) of the Neal Addition to the Town of Bloomsburg, which appears of record in Deed Book 98 page 671; THENCE along said Lot No. sixty-seven (67) North twenty-four degrees West (N 24° W) eighty-four (84') feet to a point in line of other lands now or formerly of P & O Realty Company; THENCE along said lands, North sixty-six degrees East (N 66° E) eighty (80') feet to a point in line of lands now or formerly of P & O Realty Company, and the dividing line between Lot No. sixty-nine (69) and seventy (70); THENCE along Lot No. seventy (70) South twenty-four degrees East (S 24° E) eighty-four (84') feet to a point on the Northerly side of aforesaid alley; THENCE along said alley, South sixty-six degrees West (S 66° W) eighty (80') feet to an iron pin the place of BEGINNING.

q. $10,200,000.00 in proceeds involved in the violations of 18 U.S.C. §§ 1341, 1349, and 1956(h) and 21 U.S.C. §§ 331(a), 841(a)(1), 846, and 963:

> Pursuant to plea agreements, defendant Lindsay Lee-Lampshire has agreed that his portion of the money judgment is $282,928.54 and defendant Paul Chomiak has agreed that his portion of the money judgment is $6,448,988.74 of which Paul Chomiak has already paid $215,000.00. Adam Stein is not responsible for any portion of the money judgment. The portion of the money judgment attributable to William Gotshall is $84,145.90. The portion of the money judgment attributable to Clyde Middleton is $192,902.46.

Pursuant to their Stipulations of Consent to Forfeiture, Jamie Karns and Deseree Karns have consented to the forfeiture of the above-described real property titled in their names, specifically, 561 East Brugler Avenue, Bloomsburg, Pennsylvania, APN: 05E-11-011-01-000.

Because the defendants dissipated the above-described $10,200,000.00 in proceeds involved in the violations of 18 U.S.C. §§ 1341, 1349, and 1956(h) and 21 U.S.C. §§ 331(a), 841(a)(1), 846, and 963, the United States seeks, as a substitute asset pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendants' property up to the value of the dissipated proceeds. The Government will credit to each

defendant any amount actually paid by any other co-defendant and shall not collect more than $10,200,000.00 total in U.S. currency.

Pursuant to Stipulations of Consent to Forfeiture filed on December 8, 2015 signed by Adam Stein and Barbara Stein, the United States has agreed to release the following assets to the Steins:

    a. The 2006 Volvo S60, VIN YV1RH527262549312;

    b. The remaining balance of funds that exceeds $15,000.00 in U.S. currency seized from bank account #13533011 in the name of Adam M. Stein and Barbara Stein at M-C Federal Credit Union, Danville, PA; and

    c. $1,800.00 U.S. currency seized from a safe located within 561 East Brugler Avenue First Floor Apartment.

All personal service was completed, including serving the owners of record for the above-described real property, and notice of the Preliminary Order of Forfeiture was published on the government's internet forfeiture website. The Preliminary Orders of Forfeiture were posted on the above-described real property.

All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than 30 days after the date of final publication of notice.

No petitions were filed within the thirty day period required by 21 U.S.C. § 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

(1) All right, title and interest, including the interests of titled owners, spouses, and any other interested parties, in the above-described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

(2) The lis pendens filed on the real property is hereby released and replaced with the Final Order of Forfeiture and any Clerk or Recorder recording said Order in the public records is to index the same in both the names of the defendants and the names of any other property owners of record as represented herein;

(3) The United States is entitled to its costs herein;

(4) The United States District Court shall retain

jurisdiction in the case for the purpose of enforcing this

Order; and

(5) The Clerk is hereby directed to send attested copies of

this Order to all counsel of record.


Dated this __4th__ day of ___January___, 2018.


_s/ Matthew W. Brann_____

MATTHEW W. BRANN
UNITED STATES DISTRICT JUDGE